IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00805-CMA-MEH

CRAIG EBEL,

    Plaintiff,

v.

EASY STUDENT PUBLISHING LLC,

    Defendant.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 3, 2012.**

    Because the parties have reached a settlement of all claims [*see* docket #37], Defendant's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [filed April 5, 2012, docket #12] is **denied as moot**.